

THE CITY OF NEW YORK

**MICHAEL A. CARDOZO**
*Corporation Counsel*

# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**CAROLINE L. CHEN**
*Assistant Corporation Counsel*
cchen@law.nyc.gov
(212) 788-1106
(212) 788-0367 (fax)

December 31, 2008

**BY ECF**
Honorable Kiyo A. Matsumoto
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East, Room 1227
Brooklyn, New York  11201

> Re:  Eddie Cook, et al. v. Detective Michael L. Huckaby, et al.
>       07 CV 4467 (KAM)(VVP)

Your Honor:

      I am the Assistant Corporation Counsel assigned to represent defendants Michael Huckabey and Andrew Hepworth in the above-referenced matter.  I write to respectfully request that the Court adjourn the telephone conference scheduled on January 6, 2009, at 12 p.m., as the undersigned has a scheduling conflict at that time.  Plaintiffs' counsel consents to this request. To assist the Court in the rescheduling of the conference, the parties are presently available on the afternoons of January 8, 2009 and January 9, 2009.

      I thank the Court for its time and consideration of this request.

Respectfully submitted,

Caroline Chen
Assistant Corporation Counsel

cc:  Alan Levine, Esq. (by ECF)
    *Attorney for Plaintiffs*